UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUZ DEL ROSARIO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022

20 **CIVIL** 6796 (ER)(GRJ)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 11, 2022, Judge Jones' Report is adopted in

full. Accordingly, Del Rosario's motion for judgment on the pleadings is GRANTED and the

Commissioner's cross-motion is DENIED, and the case shall be remanded for further

proceedings consistent with the Report. In addition, the parties' failure to file written objections

precludes appellate review of this decision. PSG Poker, LLC v. DeRosa-Grund, No. 06 Civ.

1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing Male Juvenile, 121 F.3d

at 38); accordingly, the case is closed.

**Dated:** New York, New York

March 14, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:
_____
**Deputy Clerk**